IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-6-1BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| KAJUAN KENNETH TOLES | ) | |

This matter is before the Court on defendant's pro se motion to modify judgment to suspend federal benefits ineligibility under 21 U.S.C. § 862(c). A hearing was held on the motion before the undersigned on September 8, 2017, at Raleigh, North Carolina.

After considering the appropriate factors, and without objection by the government or the United States Probation Office, the Court GRANTS defendant's request. The clerk is DIRECTED to enter an amended judgment reflecting that defendant's ineligibility for federal benefits is suspended.

SO ORDERED, this ___8___ day of September, 2017.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE